UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TRACEY DAVID JOYNER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-10040** |
| **WARDEN ROBERT TANNER, ET AL.** | **SECTION: "A"(1)** |

**O R D E R**

    The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

    **IT IS ORDERED** that plaintiff's motion for partial voluntary dismissal, Rec. Doc. 18, is **GRANTED** and that his claims against Laura Buckley, Theresa Knight, Dr. Robert Cleveland, Ernestine Smith, Kenton Smith, Cheryle Barber, Josh Miley, and Judy Tullus are **DISMISSED WITHOUT PREJUDICE**.

    **IT IS FURTHER ORDERED** that plaintiff's claims against the remaining defendants are **DISMISSED WITH PREJUDICE** as frivolous and/or for failing to state a claim on which relief may be granted.

    **IT IS FURTHER ORDERED** that plaintiff's motions for a preliminary injunction, Rec. Docs. 20 and 24, are **DENIED**.

    **IT IS FURTHER ORDERED** that the **Motion for Spears Transcript (Rec. Doc. 30)** at government expense is **DENIED**. Plaintiff's reliance on criminal cases is misplaced. In this civil matter, Plaintiff is not entitled to the transcript at government expense absent proof that the

transcript is necessary to the proper disposition of his objection. *See Norton v. Dimazana*, 122 F.3d 286, 293 (5th Cir. 1997).

August 2, 2018

_____
**UNITED STATES DISTRICT JUDGE**